No. 80–123.  GLASER, DIRECTOR, DIVISION OF TAXATION, DEPARTMENT OF THE TREASURY OF NEW JERSEY *v.* SALORIO ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 80–124.  WADE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–127.  TEXAS *v.* FAULDER.  Ct. Crim. App. Tex.  Certiorari denied.

No. 80–130.  WALLS *v.* DISTRICT OF COLUMBIA BOARD OF ZONING ADJUSTMENT.  Ct. App. D. C.  Certiorari denied.

No. 80–131.  CARRICARTE *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 80–134.  BOARD OF EDUCATION OF THE ALTMAR-PARISH-WILLIAMSTOWN CENTRAL SCHOOL DISTRICT ET AL. *v.* AMBACH, COMMISSIONER OF EDUCATION OF NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 80–136.  CHOCALLO, ADMINISTRATIVE LAW JUDGE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 80–139.  PENNSYLVANIA PIPELINE, INC. *v.* NORTHERN CALIFORNIA DISTRICT COUNCIL OF HOD CARRIERS ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 80–140.  M. G. R. S., INC. *v.* CALIFORNIA STATE BOARD OF EQUALIZATION.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–141.  KELLEY MANUFACTURING CO. *v.* LILLISTON CORP.  C. A. 4th Cir.  Certiorari denied.